SINGLETARY, guardian, *v.* WATSON.

FISH, C. J.   1.   Under Civil Code (1910), § 621 (4), a commercial notary
.public is authorized to administer the oath provided for in § 5157 of such
'code, to one claiming property as not subject to an execution levied
thereon.

2. An affidavit made out of this State before a notary public of another
State, with his seal attached thereto, is receivable in the courts of this
State, without further authentication. *Simpson* v. *Wicker*, 120 *Ga.* 418
(47 S. E. 965); *Ballew* v. *Broach*, 121 *Ga.* 421 (49 S. E. 297).

*Judgment reversed. All the Justices concur.*
MAY 9, 1911.

. Claim.   Before Judge Frank Park.   Grady superior•court.   July
9, 1910.

*R. C. Bell* and *M. L. Ledford,* for plaintiff in error.